1  Your name: Laurence J. Shaw
2  Address:   3627 Sacramento Street
3             San Francisco, CA 94118
4  Phone Number: 415-812-6203
5  Fax Number: NA
6  E-mail Address: integralpatent@gmail.com
7  Pro Se Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

Laurence J. Shaw                        ) Case Number: CV 16 5131
                                        )
                                        )
                                        ) Document:
            Claimant,                   )
                                        ) Application for Order Confirming
      vs.                               )
                                        ) Final Award of International Arbitration
Active People S.A. / VELE Marketing S.A.)
                                        )
                                        )
                                        )
            Respondents.                )
                                        )
                                        )
                                        )
                                        )

1. **Parties in this Proceeding**

   a. **Claimant:**

Name: Laurence J. Shaw

Address: 3627 Sacramento Street, San Francisco, CA 94118, United States

Telephone: 1-415-812-6203

TITLE OF DOCUMENT: _____     CASE NO.: _____

PAGE NO. ___ OF ___   [JDC TEMPLATE]

b. **Respondent:**

Active People S.A./VELE Marketing S.A.

Address: Waldeckweg 50, CH-4102 Binningen, Switzerland

Telephone: 011-41-61-421-0321

Facsimile: 011-41-61-425-9495

2. **Jurisdiction**

This case belongs in federal court under diversity jurisdiction because Claimant does not live in the same state as the Respondents and the amount of damages is more than $75,000, and/or under 9 U.S. Code, Section 9, "If no court is specified in the agreement of the parties, then such application may be made to the United States court in and for the district within which such award was made."

3. **Venue**

Venue is appropriate in this Court since the award was made in San Francisco.

4. **Statement of Facts and Claims**

Claimant initiated arbitration against Respondents through the International Centre for Dispute Resolution on January 12, 2015. The arbitration was assigned ICDR Case No. 01-15-002-3714. Claimant's initial Statement of Claim was augmented by a First Amendment to Notice of Arbitration and Statement of Claim dated May 18, 2015, and a Second Amendment to Notice of Arbitration and Statement of Claim dated August 31, 2015. The underlying dispute involved breaches of contract of an exclusive license for Respondent to sell an invention of Claimant, the popular toy Astrojax. The breaches of contract included failure to pay minimum guaranteed quarterly royalties, and failure to pay any royalties on sales of Astrojax since January 1, 2014.

The Final Award (submitted herewith as Exhibit A) was issued on February 22, 2016, and a Disposition on Request for Correction of Award (submitted herewith as Exhibit B) was

1  issued on May 6, 2016.

2      In the Final Award, Claimant is awarded US$99,919 for full payment of all royalties due prior to the termination of the exclusive license on July 8, 2014 less an offset for estimated maintenance fees paid by Respondent. Claimant is also awarded US$22,403.88 for administrative fees and expenses associated with the arbitration upon demonstration that these incurred costs have been paid by Claimant. (The Cease and Desist Notice, its attachment, and proof of service, which are submitted herewith as Exhibit C, provide such demonstration.) Furthermore, Claimant is awarded ownership of all right, title and interest in all intellectual properties listed in Claimant's Statement of Claims, and Respondent is enjoined from infringing upon any of those rights beginning May 1, 2016 and enjoined from sales of Astrojax subsequent to April 30, 2016.

    Respondent objected to the Final Award in the communications dated March 2, 2016 and June 1, 2016, submitted herewith as Exhibit D. Line numbering has been added to Exhibit D for ease of reference. As shown by the arbitrator's communication of June 9, 2016, submitted herewith as Exhibit E, the arbitrator considered Respondent's communications of Exhibit D and found them not to alter the Final Award.

    (During the arbitration proceeding Respondent's defense was based on lies bizarrely in flagrant contradiction with evidence or earlier or later communications from Respondent, and this practice continues with the communications of Exhibit D. Although the arbitrator's communication of Exhibit E indicates that notifications of breach of contract prior to Claimant's final notification of June 2, 2014 are not of particular relevance, it might be noted that Respondent claims that Claimant "accepted quarterly below minima royalty payments till end of 2013 (not until 2011) without any action or written notice" (page 2, lines 2-4, and again on page 4, lines 7-9), and "there was never, in all these years after 2004 till 2014, a written notice from LJS that we would breach the terms by not reaching the minimum royalty payments" (page 3, lines 21-24), but these claims by Respondent are directly contradicted by Exhibit H of the Final Hearing, which is submitted herewith as Exhibit F.)

TITLE OF DOCUMENT:_____   CASE NO.: _____

PAGE NO. ____ OF ____   [JDC TEMPLATE]

**5. Demand for Relief**

Respondent has not paid Claimant any portion of the monetary awards and, as is evident from Respondent's websites www.activepeople.com, www.go-activepeople.cz, www.go-activepeople.de (screenshots of these pages, with time-date windows demonstrating the screenshots are current, are submitted herewith as Exhibits G1, G2, and G3), Respondent continues to sell Astrojax and has continued to utilize Claimant's intellectual properties. (Intellectual properties which Respondent has continued to utilize include the trademark ASTROJAX and other trademarks, copyrights of packagings for Astrojax, copyrights of photographs and videos of Astrojax, and patents for various versions of Astrojax.)

Claimant requests that the Court order confirmation of the Final Award, including (i) awarding of monetary damages totaling US$122,322.88, (ii) enjoining Respondent from infringing Claimant's intellectual property rights enumerated in the Statement of Claim, and (iii) enjoining Respondent from sales of Astrojax.

Respectfully submitted,

Date: Sept. 6, 2016    Signature: _____
                                   Laurence J. Shaw

TITLE OF DOCUMENT:_____    CASE NO.: _____

PAGE NO. ____ OF ____    [JDC TEMPLATE]