UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURENCE J. SHAW,<br><br>        Plaintiff,<br><br>    v.<br><br>ACTIVE PEOPLE S.A./VELE MARKETING S.A.,<br><br>        Defendants. | Case No.  16-cv-05131-WHO<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION; ENTERING DEFAULT JUDGMENT**<br><br>Re: Dkt. No. 29 |

On July 26, 2017, Magistrate Judge Laporte issued a Report and Recommendation, recommending that default judgment be entered in plaintiff Laurence J. Shaw's favor on Shaw's action to confirm an award of international arbitration. Dkt. No. 29. Objections to Judge Laporte's Report and Recommendation were due on August 9, 2017. As of the date of this Order, no objections or other responses have been filed.

I have reviewed the Report and Recommendation, as well as the pleadings in this case and the underlying award of international arbitration, and ADOPT Judge Laporte's recommendations in full. Default Judgment is HEREBY ENTERED in Shaw's favor in the amount of $122,322.88. Defendants are ENJOINED from infringing Shaw's intellectual property rights listed in the Statement of Claims in the international arbitration, including the unlicensed sales of Astrojax as of May 1, 2016.

**IT IS SO ORDERED.**

Dated: August 14, 2017

William H. Orrick
United States District Judge