UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURENCE J. SHAW,<br><br>    Plaintiff,<br><br>  v.<br><br>ACTIVE PEOPLE S.A./VELE MARKETING S.A.,<br><br>    Defendant. | Case No.  16-cv-05131-WHO<br><br>**JUDGMENT** |

   Judgment is hereby entered in accordance with the August 14, 2017 "Order Adopting Report and Recommendation; Entering Default Judgment."

   **IT IS SO ORDERED.**

Dated: February 21, 2018

_____
William H. Orrick
United States District Judge